IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARRIN A. GRUENBERG

    Plaintiff,                                              JUDGMENT IN A CIVIL CASE

v.                                                                                  13-cv-089-wmc

SGT. CASPER, DEPUTY M. VOECK,
DEPUTY N. JOHNSON,
DEPUTY J. RAYMOND,
DEPUTY D. SCHUSTER,
DEPUTY C. LAFFIN,
DEPUTY D. LEATHERBERRY AND
BETH JAEGER,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting their motion to dismiss and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

    /s/                                                                                  3/13/2015

Peter Oppeneer, Clerk of Court                                        Date